**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| STATE FARM LIFE INSURANCE COMPANY | ) ) ) | Case No. 3:20-cv-02627-MGL |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL (AMENDED)** |
| ABIGAIL ROGERS; JOSEPH KIMPSON; WILFRED ROGERS; PALMER MEMORIAL CHAPEL. INC.; and AMERICAN FUNERAL FINANCIAL LLC | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Pursuant to Local Rule 83.I.07, the undersigned moves for leave to withdraw as co-counsel for the defendant Joseph Kimpson in this case.

This is being done with the consent of Defendant Joseph Kimpson and S. Andrew Syrett, who will continue to serve as counsel for Mr. Kimpson.

I have contacted opposing counsel and they do not oppose this motion.

Respectfully submitted,


s/Palmer Freeman
Palmer Freeman
Federal Bar ID 894
P. O. Box 8024
Columbia, SC 29202
803-799-9400-Phone
803-376-5084-Fax
palmerfree@msn.com


November 18, 2020