AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| State Farm Life Insurance Company<br>*Plaintiff(s)*<br>v.<br>Abigail Rogers, Joseph Kimpson, Wilfred Rogers, Palmer Memorial Chapel, Inc. and America Funeral Financial, LLC<br>*Defendant/Petitioner* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 3:20-2627-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: **IT IS ORDERED AND ADJUDGED** State Farm Life Insurance Company, plaintiff, deposited the funds at issue in this interpleader matter into the Court's registry and was dismissed from this action with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that summary judgment is hereby entered in favor of defendant, Joseph Kimpson and defendants, Abigail Rogers, Wilfred Rogers, Palmer Memorial Chapel, Inc. and America Funeral shall take nothing and this case is dismissed with prejudice. The Clerk of Court shall disburse these funds to defendant Joseph Kimpson as directed by the court.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict. The plaintiffs ___, recover from the defendant _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ This action came before the Court for hearing, Honorable Joseph F. Anderson, Jr., United States District Judge, presiding and having granted defendant Kimpson motion for summary judgment.

Date:   October 26, 2021                                                                                                                                  *CLERK OF COURT*

                                                                                                                                        s/Mary L. Floyd, Deputy Clerk
                                                                                                                                        _____
                                                                                                                                        *Signature of Clerk or Deputy Clerk*